X2O Media, Inc., et. al., Plaintiff(s)

vs.

Xentiant Technologies, et. al., Defendant(s)

Service of Process by



APS International, Ltd.
**1-800-328-7171**
CivilActionGroup.com

APS File: 280173-1

**Law Firm Requesting Service:**

DICKINSON WRIGHT PLLC
Ms. Lisa M. Stewart
8363 W. Sunset Rd., Ste. 200
Las Vegas, NV  89113

*AFFIDAVIT OF SERVICE ON A CORPORATION*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Xentiant Technologies
**Court Case No. 2:18-cv-01645-JCM-CWH**

| | |
|---|---|
| **Name of Server:** | **Rino Rinaldi, Bailiff of Justice**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **19-September-2018   07:25 am** |
| **Place of Service:** | 249 Kindersley Avenue, Mont-Royal, Quebec H3R 1R6  Canada |
| **Documents Served:** | the undersigned served the documents described as: |

Summary of the Document to be Served, French Translation of the Summary of the Document to Be Served, Summons in a Civil Action, Complaint for Trade Secret Misappropriation, Trademark Infringement, Breach of Contract, and Unjust Enrichment

| | |
|---|---|
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Xentiant Technologies**<br><br>By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is<br><br>**David Wilkins, CEO, President** |
| **Foreign Law:** | **Civil Code of Procedure of Québec / Corporation: By leaving the document with a person who appears to be in a position to give it to an director or an agent of the company.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex **M** ; Skin Color  **White**  ; Hair Color  ; Facial Hair<br>Approx. Age  **52 yrs** ; Approx. Height  **5'4"** ; Approx. Weight  **170 lbs**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Bailiff, Permit #590

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
**20** day of **September**, 20 **18**

Notary Public                                   (Commission Expires)

**Michaël Chriqui**
Notaire-Notary
507 Place d'Armes, suite 1300
Montréal (Québec)  H2Y 2W8