DICKINSON WRIGHT PLLC
MICHAEL N. FEDER
Nevada Bar No. 7332
mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff X2O Media, Inc*

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| X2O MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> XENTIANT TECHNOLOGIES, DAVID WILKINS, ERIK WALL, VLADIMIR FEDORENCIKAS, AND 4MEDIA SOLUTIONS <br><br> Defendants. | Case No. 2:18-cv-01645-JCM-CWH <br><br> **STIPULATION AND ORDER RE: TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> Judge: Hon. James C. Mahan |

Pursuant to Federal Rule of Civil Procedure (6)(b)(1)(A) and Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, it is hereby stipulated and agreed that the time for Defendants Xentiant Technologies and David Wilkins (collectively, "Xentiant Defendants") to answer or otherwise respond to Plaintiff X2O Media Inc.'s ("Plaintiff") First Amended Complaint (Dkt. 9) shall be November 2, 2018.

1. Plaintiff filed its Complaint (Dkt. 1) on August 29, 2018. Plaintiff served its Complaint on the Xentiant Defendants on September 19, 2018.

2. Plaintiff filed a First Amended Complaint (Dkt. 9) on October 8, 2018, a copy of which was emailed to counsel for the Xentiant Defendants on the same day.

3. The parties agree that the First Amended Complaint shall be deemed served on the Xentiant Defendants on October 19, 2018, and that the Xentiant Defendants shall have up to and including November 2, 2018 to answer or otherwise respond to the First Amended Complaint.

4. By entering into this stipulation, the Xentiant Defendants are not availing themselves of the laws of this District or consenting that jurisdiction or venue is proper in the District, nor shall it constitute a waiver of their right to move to challenge the First Amended Complaint on those or any other grounds.

DATED this 22th day of October, 2018.

**IT IS SO AGREED AND STIPULATED:**

| DICKINSON WRIGHT PLLC | TYZ LAW GROUP PC |
|---|---|
| /s/ Michael N. Feder<br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>MFeder@dickinson-wright.com<br>GABRIEL A. BLUMBERG<br>Nevada Bar No. 12332<br>GBlumberg@dickinson-wright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>Fax: (844) 670-6009<br><br>*Attorneys for Plaintiff X2O Media, Inc* | /s/Ryan Tyz<br>RYAN TYZ (pro hac vice forthcoming)<br>rtyz@tyzlaw.com<br>4 Embarcadero Center, Floor 14<br>San Francisco, CA 94111<br>Tel.: (415) 849-3578<br>Will comply with LR IA 10-2 within 45 days<br><br>KAEMPFER CROWELL<br>Joni A. Jamison<br>Nevada Bar No. 11614<br>jjamison@kcnvlaw.com<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants Xentiant Technologies and David Wilkins* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: October 24, 218