DICKINSON WRIGHT PLLC
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff, X2O Media, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| X2O MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> XENTIANT TECHNOLOGIES, DAVID WILKINS, ERIK WALL, VLADIMIR FEDORENCIKAS, AND MICHAEL DENNIS. <br><br> Defendants. | Case Number: 2:18-cv-01645-JCM-CWH <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE RELATING TO DEFENDANT XENTIANT TECHNOLOGIES AND DAVID WILKINS' MOTION TO DISMISS [ECF NO. 17, 23]** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff X2O Media, INC. ("Plaintiff"), and Defendants Xentiant Technologies and David Wilkins ("Defendants"), by and through their respective counsel of record, that Plaintiff shall have up through and including Monday, November 26, 2018 to file their opposition to Defendants' Motion to Dismiss [ECF No. 17, 23] (the "Motion to Dismiss"), and Defendants shall have up through and including Friday, December 7, 2018 to file their reply brief in support of the Motion to Dismiss.

…

…

…

1

The parties represent that this stipulation is made in good faith, is not intended for delay, and is not filed for an improper purpose.

DATED this 15th day of November, 2018.

**IT IS SO AGREED AND STIPULATED:**

| DICKINSON WRIGHT PLLC | TYZ LAW GROUP |
|---|---|
| /s/ Michael N. Feder | /s/Ryan Tyz |
| MICHAEL N. FEDER | RYAN TYZ (*pro hac vice pending*) |
| Nevada Bar No. 7332 | rtyz@tyzlaw.com |
| MFeder@dickinson-wright.com | 4 Embarcadero Center, Floor 14 |
| GABRIEL A. BLUMBERG | San Francisco, CA 94111 |
| Nevada Bar No. 12332 | Tel.: (415) 849-3578 |
| GBlumberg@dickinson-wright.com | |
| 8363 West Sunset Road, Suite 200 | **KAEMPFER CROWELL** |
| Las Vegas, Nevada 89113-2210 | Joni A. Jamison |
| Tel: (702) 550-4400 | Nevada Bar No. 11614 |
| Fax: (844) 670-6009 | jjamison@kcnvlaw.com |
| | 1980 Festival Plaza Drive, Suite 650 |
| *Attorneys for Plaintiff X2O Media, Inc* | Las Vegas, NV 89135 |
| | Tel: (702) 792-7000 |
| | *Attorneys for Defendants Xentiant Technologies and David Wilkins* |

**IT IS SO ORDERED:**

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2018



2