**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

X2O MEDIA, INC.,

               Plaintiff,

    v.

XENTIANT TECHNOLOGIES, et al.,

               Defendants.

Case No. 2:18-cv-01645-JCM-CWH

**ORDER**

Presently before the court is the parties' proposed discovery plan and scheduling order (ECF No. 47), filed on February 5, 2019.

The court has broad discretion in controlling discovery.  *See Little v. Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).  Rule 26(b)(1) of the Federal Rules of Civil Procedure permits discovery of any

> nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Fed. R. Civ. P. 26(b)(1).  Additionally, under Rule 26(b), the court has the authority to limit the scope of discovery.  *See id.*

Here, the parties disagree on whether discovery should be stayed pending the resolution of defendants' motions to dismiss (ECF Nos. 33, 38).  Plaintiff's proposal requests 240 days to conduct discovery, and the proposal states the required dates under Local Rule 26-1.  While defendants agree that discovery should proceed over a period of 240 days, they contend that the discovery period should commence after the court's resolution of the pending motions to dismiss.

Having reviewed the parties' arguments, the court will grant plaintiff's proposed discovery plan.  Defendants have not provided the court with points and authorities on the issue of staying discovery.  Therefore, the court is unable to make the necessary findings to determine whether a stay of discovery is warranted in this case.

IT IS THEREFORE ORDERED that discovery shall proceed according to the following schedule:

|  |  |
|---|---|
| Discovery cutoff | September 26, 2019 |
| Motions to amend pleadings and add parties | June 28, 2019 |
| Expert designations | July 26, 2019 |
| Rebuttal expert designations | August 26, 2019 |
| Interim status report | July 26, 2019 |
| Dispositive motions | October 25, 2019 |
| Pretrial Order | November 25, 2019 |

DATED: February 11, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE