UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| X2O MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> XENTIANT TECHNOLOGIES, et al., <br><br> Defendants. | Case No. 2:18-cv-1645-JCM-CWH <br><br> ORDER |

Presently before the court is the matter of *X2O Media, Inc. v. Xentiant Technologies et al*, case no. 2:18-cv-01645-JCM-CWH.

On July 3, 2019, the court granted the parties' stipulation to stay these proceedings in light of the parties' settlement, which resolves all claims in this matter. (ECF No. 54). Thereafter, Magistrate Judge Hoffman entered an order instructing the parties to file a stipulated dismissal or joint status report no later than August 10, 2019. (ECF No. 55).

In light of the settlement reached in this action, the court will deny the pending motions to dismiss in this matter (ECF Nos. 17, 26, 33, 38) without prejudice to the parties' ability to renew the motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

DATED: July 23, 2019

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE